**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 03-7797

———————————

MICHAEL G. KESELICA,

Plaintiff - Appellant,

versus

CHARLES A. MOOSE, in his individual and
official capacity as the Montgomery County
Police Chief (since resigned); THOMAS P.
REICH, in his individual and official capacity
as a Montgomery County Police Detective (since
retired); MONTGOMERY COUNTY POLICE DEPARTMENT;
MONTGOMERY COUNTY, Maryland,

Defendants - Appellees.

———————————

No. 03-7824

———————————

MICHAEL G. KESELICA,

Plaintiff - Appellant,

versus

DOUGLAS GANSLER, in his individual and
official capacity as State's Attorney for
Montgomery County, Maryland; BRYAN ROSLUND, in
his individual official capacity as Assistant
State's Attorney for Montgomery County,
Maryland; FRANK MALONEY, in his individual and
official capacity as Assistant State's
Attorney for Montgomery County, Maryland; THE
STATE OF MARYLAND,

Defendants - Appellees.

_____

Appeals from the United States District Court for the District of Maryland, at Baltimore. Andre M. Davis, District Judge. (CA-03-2703-1-AMD; CA-03-2704-AMD)

_____

Submitted: March 15, 2004                    Decided: April 6, 2004

_____

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Michael G. Keselica, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael G. Keselica appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2000) complaints. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Keselica v. Moose, No. CA-03-2703-1-AMD; Keselica v. Gansler, No. CA-03-2704-AMD (D. Md. Oct. 6, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED